IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21-CR-50 |
| vs. | |
| JOSE ANGEL-JIMENEZ, | ORDER |
| Defendant. | |

This matter is before the Court on the United States of America's Motion for Dismissal (Filing 6) of the Indictment as to Jose Angel-Jimenez without prejudice. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment without prejudice against Jose Angel-Jimenez.

IT IS ORDERED:

1. The United States of America's Motion for Dismissal (Filing 6) is granted, and this action is dismissed, without prejudice as to Jose Angel-Jimenez.

Dated this 22nd day of April, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge